## UNITED STATES DISTRICT COURT
## DISTRICT OF KANSAS

| | |
|---|---|
| Kevin McFadden, David Schmidt and Peter Doncevic, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>Sprint Communications, LLC, the Sprint Communications Employee Benefits Committee and John/Jane Does 1-5,<br><br>Defendants. | Case No.: 2:22-cv-2464-DDC-GEB |

### PLAINTIFFS' UNOPPOSED MOTION FOR
### PRELIMINARY APPROVAL OF CLASS SETTLEMENT

Plaintiffs Kevin McFadden, David Schmidt and Peter Doncevic, individually and as proposed Class Representatives, move for an order preliminarily approving a class action settlement agreement between Plaintiffs and Defendants (collectively "Sprint"), approving notice to the class, and setting a date for a fairness hearing.[1] Specifically, Plaintiffs ask the Court to: (1) preliminarily certify the Settlement Class; (2) preliminarily approve the proposed Settlement; (3) approve the proposed form and method of notice to the Class; and (4) schedule a hearing at which the Court will consider final approval of the Settlement. A [Proposed] Order is filed herewith.

In support of this Motion, Plaintiffs submit the accompanying Memorandum of Law and the Declarations of Robert A. Izard and Scott Nehrbass.

---

[1] Unless otherwise defined, all capitalized terms herein shall have the same meaning as set forth in the Parties' Settlement Agreement.

Dated: November 29, 2023	Respectfully submitted,

                                    *s/ Robert A. Izard*
IZARD, KINDALL & RAABE LLP
Robert A. Izard
Christopher M. Barrett
29 South Main Street, Suite 305
West Hartford, CT 06107
Tel: (860) 493-6292
Fax: (860) 493-6290
rizard@ikrlaw.com
cbarrett@ikrlaw.com

FOULSTON SIEFKIN, LLP
Scott Nehrbass, KS #16285
snerhbass@foulston.com
7500 College Blvd, Ste 1400
Overland Park, KS 66210
Telephone: 913.253.2144
Facsimile: 913.498.2101

Jeff P. DeGraffenreid, KS #15694
jdegraffenreid@foulston.com
Boyd Byers, KS #16253
bbyers@foulston.com
1551 N. Waterfront Parkway, Suite 100
Wichita, KS 67206-4466
Telephone: 316.291.9788
Facsimile: 316.267.6345

2

3

**CERTIFICATE OF SERVICE**

      I hereby certify that on November 29, 2023, a true and correct copy of the foregoing document was filed with the Court utilizing its ECF system, which will send notice of such filing to all counsel of record.

                                          *s/ Robert A. Izard*
                                          Robert A. Izard