UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| Kevin McFadden, David Schmidt and Peter Doncevic, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>Sprint Communications, LLC, the Sprint Communications Employee Benefits Committee and John/Jane Does 1-5,<br><br>Defendants. | Case No.: 2:22-cv-2464-DDC-GEB |

**PLAINTIFFS' MOTION (1) FOR FINAL APPROVAL OF CLASS SETTLEMENT AND (2) FOR AN AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES AND COSTS, AND SERVICE AWARDS**

Plaintiffs Kevin McFadden, David Schmidt and Peter Doncevic, individually and as proposed Class Representatives, move for an order (1) granting final approval of the Settlement between Plaintiffs and Defendants (collectively "Sprint"); (2) certifying a Settlement Class pursuant to Fed. R. Civ. P. 23(b)(1)(A); (3) appointing Plaintiffs as Class Representatives; (4) appointing Izard, Kindall & Raabe, LLP and Foulston Siefkin LLP as Class Counsel; and (5) granting an award of attorneys' fees, reimbursement of expenses and costs, and a service award to each Plaintiff.[1]

---

[1] Unless otherwise defined, all capitalized terms herein shall have the same meaning as set forth in the Parties' Settlement Agreement.

1

In further support of these Motions, Plaintiffs submit the accompanying Memorandum in Support, to which are attached supporting Declarations of Robert A. Izard, Scott Nehrbass and the Plaintiffs.

Dated: June 24, 2024                                                Respectfully submitted,

                                                                *s/ Scott C. Nehrbass*

FOULSTON SIEFKIN, LLP
Scott C. Nehrbass, KS #16285
snerhbass@foulston.com
7500 College Blvd, Ste 1400
Overland Park, KS 66210
Telephone: 913.253.2144
Facsimile: 913.498.2101

Jeff P. DeGraffenreid, KS #15694
jdegraffenreid@foulston.com
Boyd Byers, KS #16253
bbyers@foulston.com
1551 N. Waterfront Parkway, Suite 100
Wichita, KS 67206-4466
Telephone: 316.291.9788
Facsimile: 316.267.6345

IZARD, KINDALL & RAABE LLP
Robert A. Izard
Christopher M. Barrett
29 South Main Street, Suite 305
West Hartford, CT 06107
Tel: (860) 493-6292
Fax: (860) 493-6290
rizard@ikrlaw.com
cbarrett@ikrlaw.com

***Attorneys for Plaintiffs***

2

3

## CERTIFICATE OF SERVICE

I hereby certify that on June 24, 2024, a true and correct copy of the foregoing document was filed with the Court utilizing its ECF system, which will send notice of such filing to all counsel of record.

                                             *s/ Scott C. Nehrbass*
                                             Scott C. Nehrbass