# UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS

| | |
|---|---|
| Kevin McFadden, David Schmidt and Peter Doncevic, on behalf of himself and all others similarly situated,<br><br>               Plaintiffs,<br><br>    vs.<br><br>Sprint Communications, LLC, the Sprint Communications Employee Benefits Committee and John/Jane Does 1-5,<br><br>               Defendants. | Case No.: 2:22-cv-2464-DDC-GEB |

## PLAINTIFFS' SUPPLEMENTAL MEMORANDUM IN SUPPORT OF MOTION (1) FOR FINAL APPROVAL OF CLASS SETTLEMENT AND (2) FOR AN AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES AND COSTS, AND SERVICE AWARDS

Plaintiffs Kevin McFadden, David Schmidt and Peter Doncevic, individually and as proposed Class Representatives, submit this Supplemental Memorandum concerning the Motion (1) for Final Approval of Class Settlement and (2) for an Award of Attorneys' Fees, Reimbursement of Expenses and Costs, and Service Awards; and to update the Court with respect to objections to the Motions.

Plaintiffs are pleased to report that there have been no objections filed with respect to their Motion. Thus, no one has objected to either the approval of the settlement or the motion for attorneys' fees, expenses, and service awards. The lack of objections further weighs in favor of approval. *See O'Dowd v. Anthem, Inc.*, No. 14-CV-02787-KLM-NYW, 2019 WL 4279123, at *14 (D. Colo. Sept. 9, 2019) (citing cases for proposition that small number of objections weighs in favor of settlement).

1

Pursuant to the Order Granting Preliminary Approval to the Settlement (ECF 39), Plaintiffs expect Defendants will file proof of transmission of the Notice to the class members today.

Additionally, attached herewith is a **Proposed Judgment**. A Word version of the **Proposed Judgment** will be emailed to the Court's chambers as well.

Dated: August 1, 2024                   Respectfully submitted,

/s/ Scott Nehrbass

FOULSTON SIEFKIN, LLP
Scott Nehrbass, KS #16285
snerhbass@foulston.com
7500 College Blvd, Ste 1400
Overland Park, KS 66210
Telephone: 913.253.2144
Facsimile: 913.498.2101

Jeff P. DeGraffenreid, KS #15694
jdegraffenreid@foulston.com
Boyd Byers, KS #16253
bbyers@foulston.com
1551 N. Waterfront Parkway, Suite 100
Wichita, KS 67206-4466
Telephone: 316.291.9788
Facsimile: 316.267.6345

IZARD, KINDALL & RAABE LLP
Robert A. Izard
Christopher M. Barrett
29 South Main Street, Suite 305
West Hartford, CT 06107
Tel: (860) 493-6292
Fax: (860) 493-6290
rizard@ikrlaw.com
cbarrett@ikrlaw.com

***Attorneys for Plaintiffs***

## CERTIFICATE OF SERVICE

I hereby certify that on August 1, 2024, a true and correct copy of the foregoing document was filed with the Court utilizing its ECF system, which will send notice of such filing to all counsel of record.

*s/ Scott Nehrbass*
Scott Nehrbass