## UNITED STATES DISTRICT COURT
## DISTRICT OF KANSAS

| | |
|---|---|
| Kevin McFadden, David Schmidt, and Peter Doncevic on behalf of himself and all others similarly situated,<br><br>      Plaintiff,<br><br>v.<br><br>Sprint Communications, LLC, The Sprint Communications Employee Benefits Committee and John/Jane Does 1-5,<br><br>      Defendants. | Case No. 2:22-cv-02464-DDC-GEB |

### NOTICE OF PROOF OF TRANSMISSION OF CLASS NOTICE

Defendants Sprint Communications, LLC ("Sprint") and the Sprint Communications Employee Benefits Committee (the "Committee") (collectively "Defendants"), in accordance with the Court's Memorandum and Order (ECF No. 39 at 14), submits the declaration of Matt Palmen of Willis Towers Watson as proof of Defendants' transmission of Class Action Fairness Act Notices.

Dated: August 1, 2024.

                                              */s/ Karen R. Glickstein*
                                              Karen R. Glickstein KS Bar No. 14036
                                              **JACKSON LEWIS P.C.**
                                              7101 College Blvd., Suite 1200
                                              Overland Park, KS 66210
                                              Telephone: (913) 251-3729
                                              Facsimile: (913) 913-981-1019
                                              Email: Karen.Glickstein@jacksonlewis.com

                                              Emily Seymour Costin
                                              (Admitted *pro hac vice*)
                                              David R. Godofsky
                                              (Admitted *pro hac vice*)
                                              **ALSTON & BIRD LLP**

950 F Street, NW
Washington, DC 20004
Telephone: 202-239-3300
Facsimile: 202-239-3333
E-mail: emily.costin@alston.com
E-mail: david.godofsky@alston.com

R. Blake Crohan
(Admitted *pro hac vice*)
Margaret E. Studdard
(Admitted *pro hac vice*)
**ALSTON & BIRD LLP**
1201 West Peachtree Street, Suite 4900
Atlanta, GA 30309
Telephone: (404) 881-7000
Facsimile: (404) 881-7777
E-mail: blake.crohan@alston.com

*Counsel for Sprint Communications, LLC and the Sprint Communications Employee Benefits Committee*

## **CERTIFICATE OF SERVICE**

This is to certify that this day, August 1, 2024, I electronically filed the foregoing NOTICE OF PROOF OF TRANSMISSION OF CLASS NOTICE with the Clerk of the Court using the CM/ECF system which will send notification of such filing and effectuate service to all counsel of record in this matter.

Scott C. Nehrbass, KS #16285
**FOULSTON SIEFKIN, LLP**
7500 College Blvd., Ste. 1400
Overland Park, KS 66210
Telephone: ( 913) 253-2144
Facsimile: (913)498-2101
Email:  snehrbass@foulston.com

Jeff P. DeGraffenreid, KS #15694
Boyd Byers, KS #16253
**FOULSTON SIEFKIN, LLP**
1441 N. Waterfront Parkway, Ste. 100
Wichita, KS 67206-4466
Telephone:  (316) 291-9788
Facsimile:  (316) 267-6345
Email:  jdegraffenreid@foulston.com
Email:  bbyers@foulston.com

Robert A. Izard *(pro hac vice)*
Douglas P. Needham *(pro hac vice)*
Christopher M. Barrett *(pro hac vice)*
**IZARD, KINDALL & RAABE, LLP**
29 South Main Street, Ste. 305
West Hartford, CT 06107
Telephone:  (860) 493-6292
Facsimile:  (860) 493-6290
Email:  rizard@ikrlaw.com
Email:  dneedham@ikrlaw.com
Email:  ofaircloth@ikrlaw.com

*COUNSEL FOR PLAINTIFFS*

*/s/ Karen R. Glickstein*
Karen R. Glickstein

*Counsel for Sprint Communications, LLC and the Sprint Communications Employee Benefits Committee*