**CLERK'S COURTROOM MINUTE SHEET – CIVIL**

KEVIN MCFADDEN on behalf of
himself and all others similarly
situated,

        Plaintiffs,

v.　　　　　　　　　　　　　　　　　　　　　　Case No. 22-2464-DDC-GEB

SPRINT COMMUNICATIONS, LLC,
SPRINT COMMUNICATIONS EMPLOYEE
BENEFITS COMMITTEE,

        Defendants.

**Attorneys for Plaintiffs:** Christopher M. Barrett, Scott C. Nehrbass
**Attorneys for Defendants:** David R. Godofsky, Karen R. Glickstein, Richard Blakeman Crohan

| JUDGE: | Daniel D. Crabtree | DATE: | 8/8/2024 |
|---|---|---|---|
| CLERK: | Megan Garrett | TAPE/REPORTER: | Kim Greiner |

# SETTLEMENT APPROVAL HEARING

The parties appear through counsel by Zoom Video Conference.

The following motion is before the court:

> Doc. 40 – Plaintiffs' Motion (1) for Final Approval of Class Settlement and (2) for an Award of Attorneys' Fees, Reimbursement of Expenses and Costs, and Service Awards – **GRANTED as set forth in full on the record. The court will enter an order.**

The court hears from counsel on the motion.